# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 30, 2009

Charles R. Fulbruge III
Clerk

No. 09-50302
Summary Calendar

BERNARD DOLENZ, Trustee

Plaintiff-Appellant

v.

WTG GAS PROCESSING, L.P.; VEALMOOR GP, INC.

Defendants-Cross-Claimants-Appellees

UNITED STATES OF AMERICA

Cross-Defendant-Appellee

J. BAXTER BRINKMANN

Intervenor Plaintiff-Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:06-CV-117

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Plaintiff-Appellant Bernard Dolenz, Trustee, proceeding pro se, appeals from the Amended Final Judgment of the district court filed June 30, 2009. Our painstaking review of the extensive record on appeal in this case, and of the facts and law as set forth in the briefs of the parties, satisfies us that the district court's judgment is, in all respects, correct and fully supported by the applicable law, and that the myriad claims and assertions of Plaintiff-Appellant Dolenz are wholly lacking in merit, to the point of frivolousness and approaching sanctionability. Therefore, for essentially the same reasons expressed by the district court, its Amended Final Judgment, and all other rulings and orders of which Plaintiff-Appellant complains, are
AFFIRMED.